UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RAM VISHNU LLC/LC INNS LLC DBA STUDIO 6/LAQUINTA INNS AND | * * * | CIVIL ACTION NO.: 2:21-cv-04229-JDC-KK |
| VERSUS | * * | JUDGE: JAMES D. CAIN, JR. |
| MT. HAWLEY INSURANCE COMPANY | * * | MAGISTRATE JUDGE: THOMAS LEBLANC |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that all claims and causes of action in this lawsuit are dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers this 6th day of May, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE